

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS
OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W $ 000.41⁶
0001401603 NOV 23 2015

**RETURN TO SENDER**

LOUIS CONFER
3154 HWY. 71 EAST
DEL VALLE, TX 78617

ANK